

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00185-CV

**BEXAR COUNTY HOSPITAL DISTRICT** d.b.a. University Health System,
Appellant

v.

Theresa L. **ESPINOZA**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 385685
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against the party who incurred them.

SIGNED May 20, 2015.

_____
Jason Pulliam, Justice